


**UNITED STANDARD ELECTRIC LLC**
16775 Chula Vista Ave, Sandy OR. USA, 97055
www.unitedstd.com

EXHIBIT C

## Confirmation for Receipt of Order

DATE: 11/29/22

| | |
|---|---|
| USE SO Order# | COT2201576R4 updated |
| Customer PO# | PO000778 |

RECEIVED 11/15/22

**CUSTOMER:**  ENERGY VAULT
16675 CHULA VISTA AVENUE
CALIFORNIA, USA

**PROJECT:**  JUPITER POWER – ST GALL

Thank you for the order referenced above.  United Standard Electric acknowledges receipt and confirms acceptance.

| QTY | DESCRIPTION | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| 38 | 3010 KVA PAD 3PH<br>HV 34500/19920Y – LV 690D<br>NATURAL ESTER FLUID | $97,252.00 | $3,695,576.00 |
| 2 | 1250 KVA PAD 3PH<br>HV 34500/19920Y – LV 400/230Y<br>NATURAL ESTER FLUID | $67,555.00 | $135,110.00 |
| | **TOTAL** | **TOTAL** | **$3,830,686.00** |

**\*\*HOLD FOR APPROVAL\*\***

**Ship Address:**      TBD

**48hr Contact:**      TBD

**DRAWINGS 6-7 WEEKS**

**REQUESTED DELIVERY DATE: DELIVERY OF ALL UNITS BY FIRST WEEK OF MAY\***

**FIRST SHIPMENT WITHIN 26-28 WEEKS\***
**\*USE committed to delivery schedule with shipments through May 8th**

**NOTES TO CUSTOMER: AFTER EVERY DELIVERY AND INVOICING, WE REQUIRE A PERSON DESIGNATED BY CLIENT TO RESPOND BY EMAIL ACCEPTANCE OF THE INVOICE TO OUR FINANCIAL ACCOUNT MANAGER'S VERIFICATION EMAIL.**

THANK YOU FOR YOUR ORDER

UNITED STANDARD ELECTRIC LLC,