**EXHIBIT A**

| | |
|---|---|
| **From:** | Todd Mensing |
| **To:** | Michael Whitticar; Valerie Koinis |
| **Cc:** | ddennis@kmdfirm.com; Edward Goolsby; Michelle Rivers |
| **Subject:** | RE: Civil Action No. 4:23-cv-00047; Energy Vault v. United Standard - Discovery |
| **Date:** | Thursday, May 2, 2024 3:53:02 PM |

Sure



TODD MENSING
*Partner*
713-600-4904  (direct)  |  713-898-0722 (mobile)
1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn   vCard
**AZALAW.COM**

---

**From:** Michael Whitticar <mikew@novaiplaw.com>
**Sent:** Thursday, May 2, 2024 3:45 PM
**To:** Valerie Koinis <vstefka@AZALAW.COM>
**Cc:** ddennis@kmdfirm.com; Edward Goolsby <egoolsby@AZALAW.COM>; Todd Mensing <tmensing@AZALAW.COM>; Michelle Rivers <mrivers@AZALAW.COM>
**Subject:** Re: Civil Action No. 4:23-cv-00047; Energy Vault v. United Standard - Discovery

Thanks.   Could I please get an extra week to respond?

I am experiencing some staffing transitions that have slowed me down a bit.

Thanks!

Mike Whitticar

On Fri, Apr 5, 2024 at 10:38 AM Valerie Koinis <vstefka@azalaw.com> wrote:

> Counsel,
>
> Please see the following attached to this email:
>
> - Plaintiff's First Set of Interrogatories;

- Plaintiff's Initial Disclosures; and
- Plaintiff's First Set of Requests for Production

Thank you,



**VALERIE KOINIS**
*Legal Assistant*
713-600-4955   |   800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
**AZALAW.COM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware by **Mimecast Ltd**.


--
**Michael C. Whitticar**
**NOVA IP Law, PLLC**
155 Broadview Avenue
Suite 200
Warrenton, VA 20186
P: (571) 386-2980
F: (855) 295-0740
E: mikew@novaiplaw.com