Exhibit No.

**A**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ENERGY VAULT, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00047 |
| | § | |
| UNITED STANDARD ELECTRIC, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF LOUIS LIAO
## IN SUPPORT OF PLAINTIFF ENERGY VAULT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Louis Liao. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2. I am an attorney with the AZA law firm and represent Plaintiff Energy Vault in the above captioned case. I make this declaration under 28 U.S.C. § 1746 in support of Plaintiff Energy Vault's Motion for Partial Summary Judgment.

3. **Exhibit B** to the referenced motion is the Declaration of Akshay Ladwa in Support of Plaintiff Energy Vault's Motion for Partial Summary Judgment.

4. **Exhibit C** to the referenced motion is a true and accurate copy of pages with Bates labels USE/EV000766–USE/EV000780 from United Standard Electric, LLC's ("USE's") document production in this matter.

5. **Exhibit D** to the referenced motion is a true and accurate copy of pages with ENERGYVAULT000334–ENERGYVAULT000339 from Energy Vault's document production in this matter.

6. **Exhibit E** to the referenced motion is a true and accurate copy of pages with Bates labels USE/EV001791–USE/EV001793 from USE's document production in this matter.

7. **Exhibit F** to the referenced motion is a true and accurate copy of pages with Bates labels USE/EV001082–USE/EV001091 from USE's document production in this matter.

8.     **Exhibit G** to the referenced motion is a true and accurate copy of pages with Bates labels USE/EV000150–USE/EV000156 from USE's document production in this matter.

9.     **Exhibit H** to the referenced motion is a true and accurate copy of excerpts from Defendant USE's Second Supplemental Answers to Energy Vault's First Set of Interrogatories, dated September 10, 2024.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed this September 30, 2024, in Houston, Harris County Texas.

*/s/ Louis Liao*
Louis Liao