IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ENERGY VAULT, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:23-cv-00047 |
| | § | |
| UNITED STANDARD ELECTRIC, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF ENERGY VAULT, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

# Exhibit C

# FILED UNDER SEAL