IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| ENERGY VAULT, INC., § § §  *Plaintiff,*  § vs.  § § UNITED STANDARD ELECTRIC, LLC, § § §  *Defendant.*  § | Civil Action No. 4:23-cv-00047 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Energy Vault, Inc. ("Energy Vault") and Defendant United Standard Electric, LLC ("USE") (collectively, the "Parties") hereby notify the Court that all matters in controversy between the parties have been settled in principle. This settlement was reached during discussions in the week leading up to a scheduled judicial settlement conference on January 17, 2025.

The Parties have exchanged a draft of the settlement agreement and aim to have a joint motion to dismiss on file by end of next week (if not sooner). In light of this settlement, the Parties respectfully request to be removed from the March 2025 trial docket.

Agreed as to form and substance:

*/s/ Edward B. Goolsby*  
Edward B. Goolsby  
**ATTORNEY FOR PLAINTIFF**  
**ENERGY VAULT, INC.**

*/s/ Denis Dennis*  
Denis Dennis  
**ATTORNEY FOR DEFENDANT**  
**UNITED STANDARD ELECTRIC, LLC**

DATED: January 21, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2025, I served a copy of the foregoing document on counsel for Defendant via email:

Denis Dennis
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
4840 E. University Blvd., Suite 200
P.O. Box 1311
Odessa, Texas 79760-1311
Phone: 432-367-7271
Fax: 432-363-9121
Email: ddennis@kmdfirm.com

Michael C. Whitticar
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com

**Counsel for Defendant United Standard Electric, LLC**

                                          */s/ Edward B. Goolsby*
                                          Edward B. Goolsby