IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| ENERGY VAULT, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | Civil Action No. 4:23-cv-00047 |
| | § | |
| UNITED STANDARD ELECTRIC, LLC, | § | |
| | § | |
| *Defendant.* | § | |

---

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff Energy Vault, Inc. ("Energy Vault") and Defendant United Standard Electric, LLC ("USE") (collectively, the "Parties") respectfully submitted their Joint Motion to Dismiss as Settled with Prejudice (the "Motion"). The Motion is hereby GRANTED.

The Court hereby DISMISSES all claims and counterclaims by and between the Parties WITH PREJUDICE.

Signed this 31st of January, 2025.


_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE